FILED

NOV 22 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>David Michael Marin, et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 1:19-MJ-00211-SKO<br><br>ORDER TO UNSEAL CRIMINAL COMPLAINT |
|---|---|

　　Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Criminal Complaint be unsealed and become public record.

DATED: 11/22/19

　　　　　　　　　　　　　　　　　　　HON. STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE