ESTHERHEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>RON VAN WARSINGER,<br><br>*Defendant,* | Case No. 1:19-CR-00256 NONE-SKO<br><br>**APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |

Defendant Ronal Van Warsinger, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel, our office has a conflict.

On November 21, 2019 an Indictment was filed charging Mr. Warsinger with Conspiracy to Distribute and to Process with Intent to Distribute Cocaine and Distribute of Cocaine, 21 U.S.C. §§ 846, 841 (a)(1). On November 4, 2020, Mr. Warsinger contacted our office seeking counsel.

Therefore, after reviewing his Financial Affidavit it is respectfully recommended that CJA panel counsel be promptly appointed.

DATED:  November 4, 2020          */s/ Eric V. Kersten*
                                   ERIC V. KERSTEN
                                   Assistant Federal Defender
                                   Branch Chief, Fresno Office

| | |
|---|---|
| 1 | **O R D E R** |

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:  **November 4, 2020**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE