1  McGREGOR W. SCOTT
   United States Attorney
2  JEFFREY A. SPIVAK
   KATHERINE E. SCHUH
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                      EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,         | CASE NO.: 1:19-CR-00256-NONE-SKO

12 |                    Plaintiff,     | UNITED STATES' MOTION TO DISMISS COUNT
                                        ONE AND COUNT TWO AS TO DEFENDANT
13 | v.                                | RONAL VAN WARSINGER

14 | RONAL VAN WARSINGER
                        Defendant.
15

16

17
        The United States, by and through its undersigned counsel, hereby moves to dismiss without
18
   prejudice Count One and Count Two of the Indictment as to defendant Ronal Van Warsinger only, in the
19
   interest of justice.
20
    Dated: November 6, 2020              McGREGOR W. SCOTT
21                                       United States Attorney

22
                                   By:   /s/Katherine E. Schuh
23                                       KATHERINE E. SCHUH
                                         Assistant United States Attorney
24

25  \\\

26  \\\

27  \\\

28  \\\

**ORDER**

Pursuant to the motion of the government, Count One and Count Two of the Indictment are hereby dismissed without prejudice only as to the defendant named in the above-captioned matter.

IT IS SO ORDERED.

Dated: __**November 6, 2020**__

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS